**Carl L. COLLINS, Appellant**

v.

**John E. WETZEL, Appellee.**

Supreme Court of Pennsylvania.

June 16, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of June, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**